AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida- Ocala

| | |
|---|---|
| Robin Pearson ) ) ) ) | |
| —————————————— ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 5:17-cv- 508-OC- 30 PRL |
| Richard Palmer, individually, ) ) ) | |
| —————————————— ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Richard Palmer
c/o Lake County Sheriff's Office
551 W. Main Street
Tavares, Florida 32778

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Travis Williams, Esq.
The Law Office of Travis Williams, P.A.
1115 E. Livingston Street
Orlando, Florida 32803
Tel: 407-425-4755
Fax: 407-425-3931

Simon L. Wiseman, Esq.
The Wiseman Law Firm
1115 E. Livingston Street
Orlando, Florida 32803
Tel: 407-420-4647
Fax: 407-425-3931

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ELIZABETH M. WARREN
*CLERK OF COURT*

Date: October 27, 2017

*Melanie X. Sanders*
*Signature of Clerk or Deputy Clerk*