UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:17-cv-508-Oc-30PRL

ROBIN PEARSON,

    Plaintiff,
vs.

RICHARD PALMER, individually,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, Richard Palmer, individually, by and through his undersigned attorneys, and pursuant to Local Rule 3.08, hereby notify the Court that the parties have reached a settlement. Defendant requests that the Court keep the file open pending completion of the terms of the settlement agreement.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **September 20, 2018**, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will send notice of electronic filing to the following: Simon L. Wiseman and Travis Martin Williams. I further certify that I sent the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants: N/A.

**/s/ John M. Green, Jr.**
Florida Bar No. 0107993
John M. Green, Jr., P.A.
125 N.E. First Ave., Ste. 2
Ocala, Florida 34470
Tel: (352) 732-9252
Fax: (888) 545-7282 – Toll Free
jmgjr@mac.com
Attorneys for Defendant, Richard Palmer, individually