UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

5:17-cv-508-Oc-30PRL

ROBIN PEARSON,

                Plaintiff,

vs.

RICHARD PALMER, individually,

                Defendants,
_____/

## MEDIATION REPORT

A mediation conference was conducted on September 19th, 2018. The conference resulted in the following:

[X] The case was completely settled. Counsel shall submit a stipulation for dismissal or other final disposition.

[ ] The parties reached an impasse as to all issues.

[ ] The conference has been adjourned.

[ ] Other

DATED this 19th day of September, 2018.

                                        Respectfully submitted,

                                        Gregory P. Miles, Mediator
                                        Mediator #15683CR
                                        200 E. Robinson Street, Suite 700
                                        Orlando, Florida 32801
                                        407-649-9495